IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD DANIELS,** | : CIVIL ACTION NO. 1:14-CV-1568 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF LABOR AND INDUSTRY,** *et al.*, | : |
| Defendants | : |

### ORDER AND JUDGMENT

AND NOW, this 3rd day of November, 2015, upon consideration of defendants' motion (Doc. 13) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 13) for summary judgment is GRANTED with respect to all claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Pennsylvania Human Relations Act, 43 PA. CONS. STAT. §§ 951–963.

2. Judgment is ENTERED in favor of defendants and against plaintiff on Counts II and III in the amended complaint. (Doc. 1-3).

3. The matter shall be REMANDED to the Commonwealth Court of Pennsylvania.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania